**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN # 127425
555 University Avenue, Suite 270
Sacramento, CA  95825
(916) 444-5678

Attorney for Plaintiff
PERRY E. ANDERSON, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY E. ANDERSON, JR.,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF SACRAMENTO;<br>Sacramento County Sheriff LOU BLANAS;<br>Sacramento County Chief Deputy of<br>Correctional Services BILL KELLY;<br>Sacramento County Sheriff Division<br>Commander Captain ERIC MANESS;<br>Sacramento County Deputy LAWRENCE<br>ORTIZ; and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____/ | CASE NO.  2:08-CV-00656-GEB-GGH<br><br>**[PROPOSED] ORDER GRANTING APPOINTMENT OF GUARDIAN AD LITEM** |

**ORDER**

The petition for an order appointing Wilma L. Smith as guardian ad litem for Plaintiff Perry E. Anderson, Jr. is GRANTED.

IT IS SO ORDERED.

Dated: 12/8/08

Garland E. Burrell, Jr.
United States District Judge

1